ORIGINAL

Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

FILED15 JUN '11 15:15USDC-ORP

Attorney for Defendant Hillcrest Davidson & Associates LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT BLALOCK

Plaintiff,

v.

MAXIMUM SECURITY ALARM INC. aka
MAXIMUM SECURITY; and HILLCREST
DAVIDSON & ASSOCIATES LLC

Defendants.

Case No. CV'11 - 720     MO

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Hillcrest Davidson & Associates LLC ("Hillcrest") hereby removes to this court the state court action described below.

1.    This is a civil action over which this court has original jurisdiction under 28 U.S.C. § 1331, and is an action that may be removed to this court pursuant to 28 U.S.C. § 1441(b), because it asserts a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Additionally, the court has supplemental jurisdiction, under 28 U.S.C. § 1441(c), over the other claims alleged in the action.

2.    On or about April 11, 2011, the action was commenced in Oregon Circuit Court, Multnomah County, case number 1104-04734. A copy of the First Amended Complaint is attached as Exhibit A.

Page 1 - **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**      1245079


#41024

3. This removal is timely because the first date on which any defendant received a copy of the complaint was May 17, 2011, when Hillcrest was served with the summons and complaint. A copy of the Summons is attached as Exhibit B.

4. Defendant Maximum Security Alarm Inc. consents to this removal. See Exhibit C.

DATED: June 15, 2011

COSGRAVE VERGEER KESTER LLP

Robert E. Sabido, OSB No. 96416
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: rsabido@cvk-law.com

Attorney for Defendant Hillcrest Davidson & Associates

Page 2 - **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**    1245079

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☐ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Bret Knewtson
3000 NW Stucki Place, Suite 230-M
Hillsboro, OR 97124
    Attorney for Plaintiff

DATED: June 15, 2011

                                            *Robert E. Sabido*
                                            Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**　　　　　1245079

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000